# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alexandra Star, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-15-cv-132 |
| United States of America, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| Auto-Owners Insurance Company, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Before the court is the United States and Auto-Owners Insurance Company's Stipulation (Docket No. 53). In the stipulation, the parties agree discovery and discovery deadlines should be stayed pending resolution of the pending cross-motions for summary judgment. (Docket Nos. 32, 43). The parties also ask for an adjournment of trial, which is currently set for July 24, 2017, until those motions for summary judgment are decided. After consideration, the court **ADOPTS** the parties's stipulation. Accordingly:

1. All discovery, discovery deadlines, and Fed. R. Civ. P. 37 discovery motions are stayed pending Judge Hovland's ruling on the cross-motions for summary judgment. If a case remains after Judge Hovland's ruling, the parties shall submit a proposed revised scheduling plan for the completion of all remaining pretrial work within ten (10) days of entry of that ruling.

2. The trial currently set for July 24, 2017 is cancelled. The court will schedule a new trial date if a case remains following Judge Hovland's ruling.

3. The court will address the United States' Motion for a Rule 37 Conference (Docket No. 51) after Judge Hovland's ruling.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2017,

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court